# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                      Case Number BKY 09-41199-NCD

Carlos Vega Vega and Rosalinda Moreno Sancen

     Debtors

## ORDER FOR RELIEF FROM STAY

     This case is before the court on the motion of Deutsche Bank National Trust Company, as Trustee for the registered holders of ResMAE Asset-Backed Pass-Through Certificates, Series 2006-1, by Ocwen Loan Servicing, Inc., its authorized servicer seeking relief from the automatic stay. Based on all the files and records herein;

**IT IS HEREBY ORDERED,**

     That the automatic stay heretofore entered in this case is modified to the extent necessary to allow Deutsche Bank National Trust Company, as Trustee for the registered holders of ResMAE Asset-Backed Pass-Through Certificates, Series 2006-1, by Ocwen Loan Servicing, Inc., its authorized servicer, its successors and/or assigns, to foreclose the mortgage in accordance with state law on the real property commonly known as:

     That part of West 157 feet of East 518 feet of the North 247.5 feet of SE 1/4 of the NE 1/4 of Section 17, Township 123, Range 29 which lies Easterly of the Westerly 799.53 feet of said SE 1/4 of NE 1/4 of Section 17, Township 123, Range 29, In Stearns County, Minnesota

     **NOTWITHSTANDING** Federal Rule of Bankruptcy Procedure 4001 (a) (3), this order is effective immediately.

Dated:   April 2, 2009

BY THE COURT:

/e/ Nancy C. Dreher

Chief Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/02/2009*
Lori Vosejpka, Clerk, by KK